IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JONATHAN GORRIE, | ) | |
| | ) | Civil No. 03:15-cv-02037-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| GNC HOLDINGS INC., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the Notice of Voluntary Dismissal [28],

IT IS ORDERED that this action is DISMISSED without prejudice and with each party to bear their own costs and fees. All pending motions are DENIED AS MOOT and the Oral Argument which was set for 2/10/16 at 10:00 a.m. is STRICKEN.

Dated this 8th day of January, 2016.

by /s/ Paul Papak
Paul Papak
United States Magistrate Judge